# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chapman, Shelley C. | U.S. Bankruptcy Court, Southern District of New York | 07/29/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court, Southern District of NY
One Bowling Green
Room 632
New York, NY 10004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/29/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | MEMORIAL SLOAN-KETTERING CANCER CENTER, WAGES |
| 2. | 2020 | SELF-EMPLOYED MEDICAL LECTURER AND CONSULTANT |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chapman, Shelley C.** | 07/29/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chapman, Shelley C.** | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. - ISHARES TR S&P SMLCAP 600 | | None | | | Sold | 01/17/20 | J | C | |
| 3. - SCHWAB CAP TR S&P 500 INVS SELECT SHARES | | None | | | Sold | 01/17/20 | J | C | |
| 4. - SCHWAB BANK (X) | A | Interest | J | T | | | | | |
| 5. IRA #1 (H) | | | | | | | | | |
| 6. - BAIRD CORE PLUS BD INST | D | Dividend | J | T | | | | | |
| 7. - SCHWAB BANK (X) | A | Interest | J | T | | | | | |
| 8. - POLEN GROWTH FD INST CL | | None | | | Sold | 03/25/20 | L | | |
| 9. - JOHCM INTERNATIONAL SEL | B | Dividend | L | T | Buy | 09/28/20 | L | | |
| 10. IRA #2 (H) | | | | | | | | | |
| 11. - ISHARES TR S&P SMLCAP 600 | A | Dividend | | | Sold | 03/25/20 | J | | |
| 12. - BAIRD CORE PLUS BD INST | C | Dividend | L | T | | | | | |
| 13. - POLEN GROWTH | | | | | Sold | 03/25/20 | L | | |
| 14. - INVESCO TAXABLE MUNICIPAL BOND ETF | C | Dividend | M | T | Buy | 03/30/20 | L | | |
| 15. - HAMLIN HIGH DIVIDEND EQUITY INSTL | | | | | Sold | 03/18/20 | K | | |
| 16. - POLEN GLOBAL GROWTH INST | | | L | T | Buy | 09/28/20 | K | | |
| 17. - SCHWAB BANK | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   IRA #3 (H) | | | | | | | | | |
| 19.   - FIDELITY TREASURY MONEY MARKET FUND (Y) | | | | | | | | | |
| 20.   - PNC BANK (X) | A | Interest | J | T | | | | | |
| 21.   - ISHARES TR S&P SMLCAP 600 | A | Dividend | | | Sold | 03/25/20 | J | | |
| 22.   - BAIRD CORE PLUS BOND INSTITUTIONAL | D | Dividend | N | T | Buy (add'l) | 07/10/20 | M | | |
| 23.   - PIONEER STRATEGIC INCOME FD CL Y | B | Dividend | | | Sold | 07/10/20 | M | | |
| 24.   - INVESCO EXCHNG TRADED FD TR II | C | Dividend | M | T | Buy (add'l) | 03/30/20 | L | | |
| 25. | | | | | Buy (add'l) | 07/10/20 | L | | |
| 26.   - HAMLIN HIGH DIVIDEND EQUITY INSTL FD | | | | | Sold | 03/24/20 | M | | |
| 27.   - POLEN GROWTH | | | | | Sold | 03/25/20 | K | | |
| 28.   - SPDR SER TR S&P DIVID ETF | B | Dividend | M | T | Buy | 12/01/20 | J | | |
| 29. | | | | | Buy (add'l) | 12/02/20 | M | | |
| 30.   IRA #4 (H) | | | | | | | | | |
| 31.   - BAIRD CORE PLUS BD INST | D | Dividend | M | T | Buy (add'l) | 05/14/20 | M | | |
| 32. | | | | | Buy (add'l) | 06/17/20 | K | | |
| 33. | | | | | Buy (add'l) | 09/25/20 | L | | |
| 34. | | | | | Sold (part) | 09/29/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/02/20 | N | E | |
| 36. - SCHWAB S&P 500 INDEX FD | | | | | Sold (part) | 02/18/20 | L | E | |
| 37. | | | | | Sold | 03/25/20 | K | | |
| 38. - PIONEER STRATEGIC INCOME FD CL Y | C | Dividend | | | Sold | 09/25/20 | M | | |
| 39. - HAMLIN HIGH DIVIDEND EQUITY INSTL | | | | | Sold | 03/18/20 | K | | |
| 40. - POLEN GROWTH | | | | | Sold | 03/25/20 | M | | |
| 41. - SCHWAB BANK | A | Interest | J | T | | | | | |
| 42. - INVESCO TAXABLE MUNICIPAL BOND ETF | B | Dividend | L | T | Buy | 06/17/20 | K | | |
| 43. | | | | | Buy (add'l) | 09/25/20 | L | | |
| 44. - SCHWAB US DIVIDEND EQUITY ETF | C | Dividend | N | T | Buy | 12/02/20 | N | | |
| 45. - SPDR S&P DIVIDEND ETF | A | Dividend | K | T | Buy | 12/01/20 | J | | |
| 46. | | | | | Buy (add'l) | 12/02/20 | K | | |
| 47. RETIREMENT ACCOUNT #1 (H) | | | | | | | | | |
| 48. - VANGUARD BD INDEX FD TOT BD PTF INS | E | Dividend | O | T | Buy (add'l) | 07/14/20 | N | | |
| 49. - VANGUARD TOTAL INTL STOCK INDEX INSTL | B | Dividend | | | Sold | 09/28/20 | L | | |
| 50. - VANGUARD INSTITUTIONAL TARGET RETIREMENT 2020 FUND | B | Dividend | L | T | Buy (add'l) | 01/10/20 | J | | |
| 51. | | | | | Buy (add'l) | 01/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 02/07/20 | J | | |
| 53. | | | | | Buy<br>(add'l) | 02/21/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 04/02/20 | J | | |
| 57. | | | | | Buy<br>(add'l) | 04/17/20 | J | | |
| 58. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 59. | | | | | Buy<br>(add'l) | 05/18/20 | J | | |
| 60. | | | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 61. | | | | | Buy<br>(add'l) | 06/11/20 | J | | |
| 62. | | | | | Buy<br>(add'l) | 06/26/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 64. | | | | | Sold<br>(part) | 07/14/20 | M | | |
| 65. | | | | | Buy<br>(add'l) | 07/23/20 | J | | |
| 66. | | | | | Buy<br>(add'l) | 08/07/20 | J | | |
| 67. | | | | | Buy<br>(add'l) | 08/21/20 | J | | |
| 68. | | | | | Buy<br>(add'l) | 09/04/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 09/18/20 | J | | |
| 70. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 71. | | | | | Buy<br>(add'l) | 10/16/20 | J | | |
| 72. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 73. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 74. | | | | | Buy<br>(add'l) | 11/25/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 12/11/20 | J | | |
| 76. | | | | | Buy<br>(add'l) | 12/24/20 | J | | |
| 77. - VANGUARD INSTL INDX FD INSTL PLUS | E | Dividend | O | T | Sold<br>(part) | 07/14/20 | M | | |
| 78. | | | | | Buy<br>(add'l) | 09/28/20 | L | | |
| 79. RETIREMENT ACCOUNT #2 (H) | | | | | | | | | |
| 80. - TIAA REAL ESTATE | | None | K | T | | | | | |
| 81. - VANGUARD TOTAL INTL STOCK INDEX INSTL | B | Dividend | | | Sold | 09/28/20 | M | | |
| 82. - VANGUARD INSTL INDX FD INSTL PLUS | C | Dividend | N | T | Buy<br>(add'l) | 09/28/20 | M | | |
| 83. CITIBANK ▆▆▆ CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 84. PRUDENTIAL WHOLE LIFE INSURANCE POLICY | | None | L | T | | | | | |
| 85. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chapman, Shelley C.** | 07/29/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shelley C. Chapman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544